MICHAEL J. HEYMAN
United States Attorney

JENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>JEFFREY LYNN SPONSLER,<br><br>            Defendant. | No.   3:25-cr-00035-SLG-KFR<br><br><u>COUNT 1</u><br>POSSESSION OF CHILD PORNOGRAPHY<br>   Vio. of 18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br><br><u>CRIMINAL FORFEITURE ALLEGATION</u><br>   18 U.S.C. § 2253, 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>

On or about March 17, 2025, within the District of Alaska, the defendant, JEFFREY LYNN SPONSLER, knowingly possessed, and knowingly accessed with intent to view, a computer disk and any other material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A) and (C), which involved a prepubescent minor and a

minor who had not attained 12 years of age engaged in sexually explicit conduct, and which had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Upon conviction of the offenses in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as set forth in Count 1 of this Indictment, the defendant, JEFFREY LYNN SPONSLER, shall forfeit to the United States pursuant to 18 U.S.C. § 2253 any property, real or personal, that was used or intended to be used to commit or to promote the commission of such violations or any property traceable to such property.

All pursuant to 18 U.S.C. § 2253 and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Jennifer Ivers
JENNIFER IVERS
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney

DATE: 5/20/25