Robert M. Herz
Law Offices of Robert Herz
431 West Seventh Ave., Suite 107
Anchorage, Alaska 99501
Tel. 907-277-7171
Email: rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:25-cr-0035-SLG |
| vs. | ) | |
| Jeffrey Sponsler, | ) | |
| Defendant. | ) | |

**Proposed Order re:
MOTION TO REOPEN DETENTION HEARING**

    Based upon the Motion to Reopen Detention Hearing, and any Opposition thereto, and being fully apprised of the premises,

    IT IS HEREBY ORDERED that the motion is GRANTED. A detention hearing will be held this week on June _____, 2025 at _____ a.m./p.m.

    DATED at Anchorage, Alaska, this _____ day of June, 2025.

_____
Judge of the District Court