Robert M. Herz
Law Offices of Robert Herz
431 W. 7th Avenue, Suite 107
Anchorage, Alaska 99501
Tel: 907-277-7171
Email: rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 3:25-cr-00035-SLG-KFR |
| vs. | ) ) ) | |
| Jeffrey Sponsler, | ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF JEFFREY M. FISCHBACH

I, Jeffrey M. Fischbach, declare as follows:

1. I am a computer forensics expert and founder of SecondWave, Inc. a firm specializing in digital forensics. My offices are located in Los Angeles, California. I am competent to testify and the matters contained herein are based on my personal knowledge and the records that I have reviewed.

2. I am a board-recognized computer forensic examiner specializing in information, communication, stored data and electronic location technologies;

3. I have worked as an expert in this field for more than twenty-eight years and have consulted on, and testified in municipal, Federal and military courts, both domestic and abroad, in dozens of cases involving digitally-recorded evidence, and offer my services to both Government and Defense;

4. I have been granted security clearance, and use of a Sensitive Compartmented Information Facility (SCIF) by the DOJ for the purposes listed above;

5. I routinely lecture and provide training in my area of expertise to civilian attorneys, law enforcement, and judges throughout North America;

6. I have conducted hundreds of forensics examinations on thousands of pieces of evidence, including hard drives, cell phones, removable storage media, network data centers, and other electronic devices. My Curriculum Vitae is attached hereto.

7. I have provided expert forensic consultation in hundreds of criminal cases throughout the United States, the EU, Japan, Guam, and Rio de Janeiro, since the year 1997, and have testified dozens of times in State, Federal and Military Courts. I have qualified and testified as an Expert in numerous State and Federal Courts in the fields of forensic Data, Cellular Phones, Cellular Tower Coverage, RF Propagation Mapping, GPS Accuracy, Computers, Audio, Video, Data Analysis, and still Image Analysis. I have testified in numerous federal courts as an expert in Computer Forensics and Cellular Phone and Cellular Records analysis. I have worked as a defense expert on dozens of state and federal cases nationwide that were subject to Protective Orders and/or Non-Disclosure Agreements (NDA). I have never violated, nor have I been accused of violating any Protective Order or NDA. To the contrary, my services have been utilized by courts for the purposes of assisting in investigations of alleged misconduct by government agencies. I consult with law enforcement agencies whenever requested.

8. I have reviewed a transcript of the court's ruling regarding detention of Dr. Sponsler dated June 9, 2025.

9. I have reviewed an email from Reyse Wallbrown dated June 12, 2025 indicating that the USPO office in the District of Alaska has access to a program, known as Internet Probation and Parole Control (IPPC), that is capable of monitoring computers, mobile telephones and other devices and media, and that they limit use of this program to "Windows computers and Android phones."

10. Given the court's concerns that Dr. Sponsler could still create images while on house arrest in the same manner as the government has alleged he has done in this case, the program that the USPO has available to it can be used to not only monitor Dr. Sponsler's internet usage but also prevent any alleged propagation of new images.

11. With the likely exception of blocking USB, the IPPC software will do everything necessary to alert the government of anything Dr. Sponsler does with devices he has been allowed to use. In addition to that it monitors the Internet connection itself. Thus, it will record anything done on any authorized device, including whether any peripheral or software is added to any authorized device.

12. At this time, I have no information regarding IPPC specifically related to blocking USB ports. But, Windows itself currently has that ability for the Administrator to control. So long as the USPO is designated as the system operator on any authorized device, and Dr. Sponsler is just a user, which he needs to be to keep him from tampering with IPPC software, he can be stopped from adding anything like a DVD drive to the system.

13. IPPC can monitor computers, laptops, phones, and the Internet. In addition to monitoring and alerting, it can also disable some activities, on certain devices. It can therefore monitor any Internet connected device in the home, including the use of, or addition of unauthorized devices.

14. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and I hereby reserve the right to amend any statement should additional information be made available to me at a later date.

DATED at Los Angeles, California, this 16th day of June 2025.

_____

Jeffrey M. Fischbach