B Neal Ainsworth
2521 E Mountain Village Drive B223
Wasilla, AK 99654
Alaska Bar # 1609073
Tel: 907.521.8420
Fax: 907.308.6386
Alaskalawyer55@gmail.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | Case No: 3:25-cr-00035-SLG |
| JEFFREY LYNN SPONSLER ) | |
| ) | |
| _____) | |

### ENTRY OF APPEARANCE

COMES NOW, B. Neal Ainsworth hereby enters his Appearance as Attorney of record for Jeffrey Lynn Sponsler, attorney B. Neal Ainsworth will be assisting. All pleadings and documents in the above case be served to Attorney Robert Hertz, mailed to address 431 West 7th Avenue, Suite 107 Anchorage, AK, 99501.

Date __7/15/25_____

                                                          __/s/B. Neal Ainsworth____
                                                          **B. Neal Ainsworth**
                                                          Alaska Bar No. 1609073
                                                          Alakskalawyer55@gmail.com

**CERTIFICATE OF Service** This is to certify that I have, this day,
_7/15/2.25  delivered a copy of the foregoing document via Pacer
robertherzlaw@proton.me, Jennifer.Ives@usdoj.gov

Date: 7/15/2.25_____                     __/s/ B. Neal Ainsworth_____
                                                                   B. Neal Ainsworth