# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. JEFFREY LYNN SPONSLER

CASE NO: 3:25-cr-00035-SLG-KFR

---

Defendant Jeffrey Lynn Sponsler

has this date met the bail conditions indicated below and is ordered discharged from custody.

☐ Released to _____, the third-party custodian(s).

☐ Paid cash bail in the amount of $ _____

☐ Posted unsecured bond in the amount of $ _____

☒ Posted bond secured by   ☐ property or   ☒ Surety in the amount of $50,000.00
with the Clerk of Court

☒ Surrendered passport to the U.S. Probation and Pretrial Services Office

☐ Other _____

DATED at **Anchorage**, Alaska, this **9th** day of **September 2025**.

*Sharon L. Gleason*
Sharon L. Gleason
Chief United States District Judge

Original & 1 cy to U.S. Marshal