# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## AMENDED RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. JEFFREY LYNN SPONSLER

CASE NO: 3:25-cr-00035-SLG-KFR

---

Defendant JEFFREY LYNN SPONSLER,

has this date met the bail conditions indicated below and is ordered discharged from custody.

- ☐ Released to _____, the third-party custodian(s).

- ☐ Paid cash bail in the amount of $ _____

- ☐ Posted unsecured bond in the amount of $ _____

- ☒ Posted bond secured by ☐ property or ☒ Surety in the amount of $ 50,000.00 with the Clerk of Court

- ☒ Surrendered passport to the U.S. Probation and Pretrial Services Office

- ☒ Other: Defendant released on own recognizance and to report to U.S. Probation and Pretrial Services Office after released from custody. Defendant to be released on 9/10/2025.

DATED at **Anchorage**, Alaska, this **10th** day of **September, 2025**.

Sharon L. Gleason
Chief United States District Judge

Original & 1 cy to U.S. Marshal