AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
By United States Marshals Service at 6:21 am, Oct 29, 2025

# UNITED STATES DISTRICT COURT
### for the
### District of Alaska

FID: 11811312
USMS: 88413-511
Warrant: 2606-1029-0031-J
NCIC: FBI Warrant

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Case Number: 3:25-CR-00035-SLG-KFR |
| JEFFREY LYNN SPONSLER | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JEFFREY LYNN SPONSLER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☒ Pretrial Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Pretrial release violation.

Date: 10/28/2025

By: /s/Jessica D. Solnick, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Candice Duncan, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/28/2025, and the person was arrested on *(date)* 11/10/2025

at *(city and state)* Anchorage, AK.

Date: 11/10/2025

*Arresting officer's signature*

SA Krista Lang
*Printed name and title*