B. Neal Ainsworth
2521 E. Mountain Village B223
Wasilla, Alaska 99654
Phone: (907)521-8420
Email: Alaskalawyer55@gmail.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JEFFERY SPONSLER<br>Defendant, | No. 3:25-cr-00035-SLG-KFR |

## MOTION TO SET CHANGE OF PLEA HEARING

Comes now, Defendant Jeffery Sponsler, through counsel B Neal Ainsworth and respectfully moves this court for an order setting a Change of Plea Hearing in this matter.

In support of this motion, Defendant states as follows:

1. Defendant is currently charged by indictment with violations of federal law.

2. The parties have reached an agreement resolving this matter, subject to the Court's acceptance.

3. Defendant wishes to withdraw the previously entered plea of not guilty and enter a plea of guilty pursuant to Rule 11 of Federal Rules of Criminal Procedure.

1

4. The Government has been consulted regarding this motion and does not oppose it.

WHEREFORE, Defendant respectfully requests that the Court set this matter for a Change of Plea Hearing at the Court's earliest convenience.

Respectfully submitted,

February 9, 2026

/s B. Neal Ainsworth
B. Neal Ainsworth
Ak Bar # 1609073
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9th, 2026
a true and correct copy of the foregoing
was served electronically on Jennifer Ivers.

/s B. Neal Ainsworth

U.S. v Sponsler
3:25-cr-00035-SLG-KFR

Page 2 of 2

Case 3:25-cr-00035-SLG-KFR    Document 61    Filed 02/11/26    Page 2 of 2